**Motion for En Banc Reconsideration Denied; Order and Concurring Opinion on Denial of En Banc Reconsideration filed February 22, 2018.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-01048-CR

———————

**LANCE MITCHELL LUCKENBACH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 10
Harris County, Texas
Trial Court Cause No. 1935781**

## ORDER

Appellant Lance Mitchell Luckenbach has filed a motion for en banc reconsideration of this court's opinion. The court denies appellant's motion for en banc reconsideration.

PER CURIAM

En banc court consists of Chief Justice Frost and Justices Boyce, Christopher, Jamison, Busby, Donovan, Brown, Wise, and Jewell (Justices Busby, Brown, and Jewell would grant en banc reconsideration) (Frost, C.J., concurring on denial of en banc reconsideration).

.